IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPHINE ROBAIR, | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION H-16-776 |
| CHI ST. LUKE'S SUGARLAND, | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Before the court are the Magistrate Judge's memorandum and recommendation ("M&R") (Dkt. 63), plaintiff Josephine Robair's ("Plaintiff") objections (Dkt. 64), and defendant St. Luke's Community Development Corporation–Sugar Land d/b/a St. Luke's Sugar Land Hospital ("St. Luke's") response (Doc. 75). The Magistrate Judge recommended that St. Luke's motion for summary judgment be granted. Dkt. 63. Having conducted a de novo review of the M&R, plaintiff's objections, defendant's response to the objections, and applicable law, the court **OVERRULES** the objections and **ADOPTS** the M&R in its entirety. As to Plaintiff's motions that have been filed since the M&R was filed (Dkt. 67, 69, and 71), the court has reviewed them and determines that they are **DENIED**.

A final judgment shall be entered by separate order.

The M&R (Dkt. 63) is **ADOPTED IN FULL**.

Signed at Houston, Texas on June 28, 2017.

Gray H. Miller
United States District Judge